**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

H. Joseph Slater,                                                     Civil No. 07-04 (RHK/JSM)

                        Plaintiff,                                                    **ORDER**

v.

Palisades Collection, L.L.C.

                        Defendant.

---

Based on the parties' Stipulation (Doc. No.12) **IT IS ORDERED** that the

Complaint and claims are **DISMISSED WITH PREJUDICE**, on the merits and without

costs, disbursement or attorney's fees to any party.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated:  February 29, 2008

                                        s/Richard H. Kyle
                                        RICHARD H. KYLE
                                        United States District Judge